JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 09-1081 (RNBx) | Date October 5, 2009 |
| Title Pacific Legacy Real Estate & Investments, Inc. v. Drosihn | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Remanding Action to California Superior Court to the County of Orange

The Court reviewed the Notice of and Application for Removal of State Court Action ("Notice"), filed September 18, 2009, by defendant Percy A. Drosihn ("Drosihn"), and directed Drosihn to supplement the Notice by filing a copy of the missing complaint within seven days. He was advised: "**Failure to supply the complaint will result in remand of the case to the California Superior Court for the County of Orange.**" (Minute Order, Sept. 21, 2009; bold in original.)

Drosihn failed to comply. The Court now remands the action in view of its inability to determine whether its jurisdiction be properly invoked.

|                   | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |